# SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| FESSAHAYE GHIRMATSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a foreign corporation, ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>  Defendants. | No.<br><br>**COMPLAINT FOR DAMAGES** |

COMES NOW the Plaintiff and for a cause of action against the Defendants alleges as follows:

## I.   PARTIES

1. Plaintiff Fessahaye Ghirmatsion is a resident of King County, Washington, within the jurisdiction of this court.

2. Defendant Sedgwick claims management services, Inc. (herein Defendant Sedgwick) is a foreign corporation which regularly conducts and transacts business in King County, Washington, within the jurisdiction and venue of this court.

COMPLAINT FOR DAMAGES – 1

Law Office of Yohannes K. Sium, PLLC
119 1st Avenue South Suite 500
Seattle, Washington 98104
Telephone 206-457-5860 Ext. 114
Facsimile 206-452-0043

3. Defendant Zurich American Insurance Company. (herein Defendant Sedgwick) is a foreign corporation which regularly conducts and transacts business in King County, Washington, within the jurisdiction and venue of this court.

## II.   JURISDICTION AND VENUE

4. All acts and omissions alleged herein occurred in King County, Washington.

5. Venue is proper in King County Superior Court pursuant to RCW 4.12.025(1), RCW 4.12.020(3), RCW 19.86 and RCW 48.30. This court has jurisdiction over the parties and subject matter of this action.

## III.   FACTS

6. On August 2, 2019, the Plaintiffs was traveling southbound on 10th Avenue in Seattle, Washington.

7. The Plaintiff was T-boned at the intersection of 10th Avenue and East Seneca Street.

8. At the time of the collision, the Plaintiff was working, making deliveries for Amazon Flex.

9. The Plaintiff sustained personal injuries and lost income because of the collision.

10. The Plaintiff had to have another driver pick up the remaining packages at the scene of the collision that Plaintiff was unable to deliver because of his injuries.

11. The Plaintiff was at not at fault for this collision.

12. Defendant Zurich is an insurance company.

13. Defendant Sedgwick is an insurance company.

14. Defendant Sedgwick manages claims on behalf of Defendant Zurich.

15. Defendant Sedgwick was acting at the agent for Defendant Zurich as it relates to the Plaintiff.

COMPLAINT FOR DAMAGES – 2

Law Office of Yohannes K. Sium, PLLC
119 1st Avenue South Suite 500
Seattle, Washington 98104
Telephone 206-457-5860 Ext. 114
Facsimile 206-452-0043

16. During the collision of August 2, 2019 Defendant Zurich insured Plaintiff Ghirmatsion.

17. During the collision of August 2, 2019 Defendant Sedgwick insured Plaintiff Ghirmatsion.

18. On August 8, 2019, the Plaintiff's first party insurance, PEMCO insurance, denied coverage to the Plaintiff due to the fact that he was driving for Amazon at the time of the accident.

19. On August 19, 2019, a letter of representation was sent to Defendant Sedgwick or Defendant Zurich.

20. Defendant Sedgwick or Defendant Zurich did not respond to the Plaintiff or his attorney's letter for months.

21. On June 23, 2020, Defendant Sedgwick denied coverage to the Plaintiff.

22. On June 23, 2020, Defendant Zurich denied coverage to the Plaintiff.

23. The Defendants denied insurance coverage for the Plaintiff because they claim the Plaintiff was not working at the time of the collision.

24. The Plaintiff was working at the time of the collision.

25. Defendant Sedgwick wrongfully denied coverage for the Plaintiff.

26. Defendant Zurich wrongfully denied coverage for the Plaintiff.

27. Defendant Sedgwick and Defendant Zurich are vicariously liable for the acts of one another under the law of actual and apparent agency and the law of partnership.

### IV.   CAUSES OF ACTION

28. **Breach of Contract:** The Defendants breached the insurance contract by failing to make reasonable investigation and payment of benefits owed under the policy. The Defendants' breach caused the Plaintiff's to incur damages.

COMPLAINT FOR DAMAGES  – 3

Law Office of Yohannes K. Sium, PLLC
119 1st Avenue South Suite 500
Seattle, Washington 98104
Telephone 206-457-5860 Ext. 114
Facsimile 206-452-0043

29. **Breach of the Implied Covenant of Good Faith and Fair Dealing:** The Defendants breached the implied covenant of good faith and fair dealing by failing to uphold the covenant with the Plaintiff. Instead they put their own financial interests ahead of the Plaintiff's. This conduct along with other bad faith conduct, as discovery may reveal, breached the Defendants' duty to the Plaintiff and caused the Plaintiff to incur damages. WPI 320 *et seq.*

30. **Defendant violated the Consumer Protection Act (CPA):** The Defendants have violated the CPA through its claims handling practices and non-payment of insurance benefits. The Defendants are liable for damages under the CPA to the Plaintiff. RCW 19.86 *et seq.*; WPI 301 *et seq.*

31. **Defendant violated the Insurance Fair Conduct Act:** The Defendants unreasonably denied the Plaintiff's demand for payment of benefits within the meaning of the Insurance Fair Conduct Act (IFCA), RCW 48.30.015; WPI 320.06.01. The Defendants' violations caused the Plaintiff to incur damages, including costs of this action, reasonable attorney fees and litigation costs, including expert witness fees, and other costs as the Court may allow, as required by RCW 48.30.015(3). The Defendants violated IFCA in the following ways, and others, as discovery may reveal:

    a) Defendants unreasonably denied the claim for payment of benefits within the meaning of RCW 48.30.015(1);

    b) Defendants failed to adopt and implement reasonable standards for the prompt investigation of claims, violating WAC 284-30-330(3);

COMPLAINT FOR DAMAGES – 4

Law Office of Yohannes K. Sium, PLLC
119 1st Avenue South Suite 500
Seattle, Washington 98104
Telephone 206-457-5860 Ext. 114
Facsimile 206-452-0043

c) Defendants failed to pay the claim without conducting a reasonable investigation, violating WAC 284-30-330(4);

d) Defendants failed to effectuate prompt, fair and equitable settlement of the claim, for which liability is reasonably clear, violating WAC 284-30-330(6);

e) Defendants compelled the Plaintiff to initiate litigation to recover amounts due under their insurance policy, violating WAC 284-330(7); and

f) Defendants failed to promptly provide a reasonable explanation of the basis in the insurance policy about the facts or applicable law for denial of Plaintiffs' claim for benefits, violating WAC 284-30-330(13). *See* WPI 320.06.

32. **Triple damages under IFCA:** The Defendants' violations make it liable for an increase of the total damages "not to exceed three times the actual damages." RCW 48.30.015(2).

## VII.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests damages against each of the Defendants, jointly and severally, as follows:

A. All damages sustained by the Plaintiff;

B. Reasonable and statutory attorneys' fees, costs, and litigation expenses;

C. Interest calculated at the maximum amount allowable by law, including pre- and post-judgment interest;

D. Triple damages; and

COMPLAINT FOR DAMAGES  – 5

Law Office of Yohannes K. Sium, PLLC
119 1st Avenue South Suite 500
Seattle, Washington 98104
Telephone 206-457-5860 Ext. 114
Facsimile 206-452-0043

1. E.  For all other and further relied as the court may deem just and equitable.

DATED this 14th day of September, 2020.

Law Office of Yohannes K. Sium, PLLC

/s/ Yohannes K. Sium
Yohannes K. Sium, WSBA #42420
Attorney for Plaintiff

COMPLAINT FOR DAMAGES  – 6