1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

FESSAHAYE GHIRMATSION,

7

Plaintiff,

8

v.

C20-1456 TSZ

9

SEDGWICK CLAIMS
MANAGEMENT SERVICES INC, et
al.,

MINUTE ORDER

10

11

Defendants.

12

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13

14

(1)     Defendants' Unopposed Motion to Remand Removed Action, docket no.
11, as stipulated by the parties, docket no. 13, is GRANTED.  This case is hereby
REMANDED to King County Superior Court, effective immediately;

15

16

(2)     As stipulated, docket no. 13, the parties shall bear their own attorneys' fees
and costs incurred as a result of the removal action;

17

(3)     Defendants' Motion for Extension of Time to File Answer or Respond to
Complaint, docket no. 8, is now STRICKEN as moot; and

18

19

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record and to CLOSE this case.

Dated this 15th day of October, 2020.

20

William M. McCool
Clerk

21

22

s/Karen Dews
Deputy Clerk

23

MINUTE ORDER - 1